**Order entered August 26, 2015**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00813-CV

## IN RE TEXAS HEALTH RESOURCES AND TRUMBULL INSURANCE COMPANY, Relators

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-02252**

## ORDER
Before Chief Justice Wright and Justices Bridges and Brown

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** realtors' petition for writ of mandamus. We **ORDER** the trial judge, the Honorable Martin Hoffman, to vacate the portion of the July 1, 2015 Amended Order that requires the production of the first three lines of the "1/15/2015 — 1:17 p.m." entry on pages 6–8 of the "Part II —Claim Diary Notes," up through the term "7184," that requires production of the portion of the second paragraph starting with the term "Pltf's" and ending with the term "Dallas," and that requires production of the last full paragraph, which starts with the term "I" and ends with the term "affected." Should the trial judge fail to comply with this order, the writ will issue. We **ORDER** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of his order issued in compliance with this order.

We **ORDER** real party in interest Nina Pham to bear the costs of this original proceeding.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE